



## MEMORANDUM OPINION

No. 04-11-00782-CR

Albert Francis **TOSCANO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CR-0955
Honorable Pat Priest, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

Delivered and Filed: September 19, 2012

APPEAL DISMISSED

On August 3, 2012, appellant filed a motion to dismiss this appeal. The motion is

**GRANTED**, and the appeal is dismissed. *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH